IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CR. No. _____ | |
| ) | | |
| ) | 18 U.S.C. § 2251(a) | |
| vs. ) | 18 U.S.C. § 2252(a)(2) | |
| ) | | |
| ) | | |
| LUIS ALFRED ROMERO ) | ELEMENTS and PENALTIES | |

## ESSENTIAL ELEMENTS OF VIOLATION OF 18 U.S.C. §2251(a)

COUNT 1

For the crime of attempt to produce child pornography in violation of 18 U.S.C. § 2251(a), the United States must prove the following essential elements beyond a reasonable doubt:

ONE:  The Defendant knowingly attempted to employ, use, persuade, entice and coerce a minor to engage in, or to assist any other person to engage in, sexually explicit conduct;

TWO:  The Defendant did so for the purpose of either producing any visual depiction of such sexually explicit conduct or transmitting a live visual depiction of such sexually explicit conduct; and

THREE: That the visual depiction was produced using materials that had been mailed, shipped, or transported across state lines or in foreign commerce by any means, or the visual depiction was mailed or actually transported across state lines or in foreign commerce.

### Minimum and Maximum Possible Penalties

• Fine of $250,000.00 and/or

• Imprisonment for not less than 15 years and not more than 30 years, and

• A term of supervised release of not less than 5 years to life, and

• Special assessment of $100.00.

## ESSENTIAL ELEMENTS OF VIOLATION OF 18 U.S.C. § 2252(a)(2)
### (Receipt or Distribution of Child Pornography)

**Count 2**

ONE: The Defendant knowingly received or distributed a visual depiction; and

TWO: Such visual depiction was shipped or transported in interstate or foreign commerce, or contains materials that had been mailed or shipped or transported in interstate or foreign commerce, by any means including computer; and

THREE That the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct; and

FOUR Such visual depiction is of a minor engaged in sexually explicit conduct; and

FIVE The Defendant knew that at least one of the performers in such visual depiction was a minor and knew that the visual depiction was of such minor engaged in sexually explicit conduct.

### MAXIMUM POSSIBLE PENALTY

1. Fine of $250,000.00, and/or

2. Imprisonment for not less than 5 years and no more than 20 years, and

3. A term of Supervised Release of not less than 5 years to life, and

4. A Special Assessment of $100.00