UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:25-00782-JDA |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO CONTINUE** |
| LUIS ALFRED ROMERO | ) | |

This matter is before the court on motion by Defendant Luis Alfred Romero to continue this case to the next term of court. This court has set a pretrial conference for July 9, 2025, and jury selection is set for August 5, 2025. ECF No. 19. Mr. Romero made his initial appearance for arraignment on June 26, 2025, and defense counsel was appointed at that time. ECF No. 15. Bond was waived, and Mr. Romero remains in custody.

Partial discovery has been received, but defense counsel has not had sufficient time to review the case with Mr. Romero. Based on this, Mr. Romero requests additional time to receive and review discovery and discuss his case with defense counsel.

Defense counsel spoke with Mr. Romero on July 1. 2025, and discussed his right to a speedy trial. Also, defense counsel specifically advised him that by requesting to continue the case, or contenting thereto, he will waive his right to a speedy trial. Mr. Romero has advised defense counsel that he consents to this request to continue the case.

Defense counsel has conferred with counsel for the government and is authorized to advise the court that the government consents to this motion. Further, defense counsel contends that the granting of this motion to continue will not be prejudicial to either the government or to the defendant and will be excludable under the provisions of U.S.C. § 3161(h)(7)(A) based on findings that the ends of justice served by the taking of such action outweigh the best interests of the public and the defendant in a speedy trial.

*[Signature on following page.]*

                    Respectfully submitted,

                    FEDERAL PUBLIC DEFENDER
                    Attorney for the Defendant

BY:    *s/Benjamin T. Stepp*
                    Benjamin T. Stepp, Fed. Id. #4301
                    Assistant Federal Public Defender
                    75 Beattie Place, Suite 950
                    Greenville, South Carolina 29601
                    (864) 235-8714
                    benjamin_stepp@fd.org

Greenville, South Carolina

July 1, 2025